## WOOLBRIGHT *vs.* CURETON.

To acquire the right to a private way over the lands of another by prescription, it is necessary to show that the party claiming it has been in the uninterrupted use and enjoyment of such private way, not exceeding fifteen feet in width, and kept in good repair, for as much as seven years, of which the owners have had six months' knowledge. Where there was no evidence to show that the way was not over fifteen feet in width, and that it had been kept open and in repair for seven years, the judgment of the ordinary, ordering the removal of obstructions therefrom, was properly reversed on *certiorari*, and a new trial granted. Nor did it matter that the judgment of the ordinary had been reversed once before, if the evidence was not sufficient to support it. Code, §§731, 737, 738, 721; 61 *Ga.*, 29, 30.
Judgment affirmed.

December 22, 1885.

JACKSON, Chief Justice.

---

## STEGALL *vs.* BAKER.

Where the issues of fact are contested, and the evidence upon them is conflicting, this court will not interfere with the discretion of the court below in granting a first new trial.
Judgment affirmed.

December 22, 1885.

BLANDFORD, Justice.

---

## HOLLIDAY, administrator, *vs.* ANGLIN.

Two juries having found for the plaintiff in this case, there being enough evidence to sustain the finding, and the court below having refused a new trial, this court will not interfere. 60 *Ga.*, 242.
Judgment affirmed.

October 13, 1885.

HALL, Justice.